**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**J6ERS WERE DESTROYED
BY WEAPONIZATION,**
an Unincorporated Association,
c/o Law Office of Jonathan Gross
2833 Smith Ave, Suite 331
Baltimore, MD 21209
        Plaintiff,

v.                                                          Civil Action No.1:26-cv-2082

**TODD BLANCHE**, in his
Official Capacity as Acting
Attorney General of the United States,
950 Pennsylvania Ave NW
Washington DC 20530
        Respondent.

**NOTICE OF ERRATA**

Attached hereto is the corrected Complaint that includes the address of the parties in the caption.

Dated, June 15, 2026

/s/ Jonathan Gross
Jonathan Gross
DC ID: MD0162
Law Office of Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

*Counsel for J6ers Were Destroyed By Weaponization*