UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J6ERS WERE DESTROYED BY WEAPONIZATION,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Respondent. | Civil Action No. 26-02082 (RDM) |

**[PROPOSED] ORDER**

Upon consideration of Respondent's Motion to Dismiss, the memorandum in support, any opposition and reply, and the entire record, it is hereby

**ORDERED** that Respondent's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Petition for Writ of Mandamus (ECF No. 2-1) is **DISMISSED**.

**SO ORDERED.**

Dated: ____________, 2026

________________________________
RANDOLPH D. MOSS
United States District Judge